IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00062-02

KRISTEN NAYLOR-LEGG

**WRITTEN PLEA OF GUILTY**

In the presence of Tom Price, my counsel, who has fully explained the charges contained in the Second Superseding Indictment against me, and having received a copy of the Second Superseding Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count One of the Second Superseding Indictment.

DATE: 9/15/21

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT