IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:21-cr-00062-02

KRISTEN NAYLOR-LEGG

**ORDER**

For reasons appearing to the court, the sentencing hearing previously scheduled in this matter for January 10, 2022, is **CONTINUED to March 7, 2022, at 10:00 a.m.** The dates regarding the presentence report are amended as follows:

1. The Probation Office shall submit a final presentence report to the court no later than **February 22, 2022**; and

2. The United States Attorney and counsel for the defendant shall file a sentencing memorandum no later than **February 28, 2022**.

The court **DIRECTS** the Clerk to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   November 23, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE